No. 12–8318.  MITCHELL v. CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–8323.  GILBERT v. NEW LINE PRODUCTIONS, INC., ET AL.  C. A. 9th Cir.  Certiorari denied. ▮

No. 12–8324.  TUCKER v. ATCHISON, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 12–8328.  PARKER v. WARREN, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 12–8329.  SANDRES v. MV TECH AUTOWORKS.  C. A. 5th Cir.  Certiorari denied.

No. 12–8333.  PARKER v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied. ▮

No. 12–8334.  ROY v. TENNESSEE ET AL.  C. A. 6th Cir.  Certiorari denied. ▮

No. 12–8336.  SMITH v. TEXAS.  Ct. App. Tex., 3d Dist.  Certiorari denied. ▮

No. 12–8337.  SAMUEL v. TEXAS (two judgments).  Ct. Crim. App. Tex.  Certiorari denied.

No. 12–8338.  SCHMITT v. MORGAN, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 12–8340.  MOROZOVA v. CALLOW.  Ct. App. Wash.  Certiorari denied.

No. 12–8341.  MORTON v. GOVERNMENT OF THE VIRGIN ISLANDS.  C. A. 3d Cir.  Certiorari denied. ▮

No. 12–8355.  MCNEELY v. CHAPPELL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–8357.  LOPEZ v. MCDONALD, WARDEN.  C. A. 9th Cir.  Certiorari denied. ▮

No. 12–8358.  LAWLOR v. HARTLEY, WARDEN.  C. A. 9th Cir.  Certiorari denied.